# CIPRIANI & WERNER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

**RECEIVED**

**DEC 2 2 2025**

**CONSUMER PROTECTION**

JASON M. GOODWIN
jgoodwin@c-wlaw.com

NICHOLAS MARTIN
nmartin@c-wlaw.com

450 Sentry Parkway, Suite 200
Blue Bell, Pennsylvania 19422

Telephone: (610) 567-0700
Fax: (610) 567-0712

Visit us online at
www.C-WLAW.com

December 12, 2025

**Via First Class Mail**
Office of Attorney General
33 Capitol Street
Concord, New Hampshire 03302

    *RE:*   *Data Breach Notification*

To Whom It May Concern:

We serve as counsel for Cove Risk Services located at 35 Braintree Hill Office Parkway, Braintree, MA 02185. We write to provide notification of a recent data security incident. By providing this notice, Cove Risk Services does not waive any rights or defenses under New Hampshire law, including the data breach notification statute.

On May 5, 2025, Cove Risk Services experienced a network disruption that affected their ability to access certain systems. Upon discovery, Cove Risk Services took immediate steps to respond and secure the network and systems, including the engagement of third-party forensic specialists to assist in a thorough investigation into the nature and scope of the incident. As part of the investigation, Cove Risk Services learned that certain information within its systems was subject to unauthorized access or acquisition on or around May 3, 2025. Upon discovery, Cove Risk Services worked to identify and collect the data at risk and began a thorough review to determine the types of information that may have been impacted and to whom it relates. Upon discovery, Cove Risk Services worked to identify and collect the data at risk and began a thorough review to determine the types of information that may have been impacted and to whom it relates. On November 10, 2025, this review was completed, and Cove Risk Services worked to review the findings and associate individuals with data owners where applicable. Cove Risk Services then worked to confirm up-to-date contact information to provide notice to individuals and applicable data owners.

This process included performing a National Change of Address (NCOA) search to ensure as up-to-date information as possible. On December 8, 2025, Cove Risk Services received its results from the NCOA search and learned that this incident potentially affected 5,063 New Hampshire residents. The information potentially impacted included first and last name, date of birth, driver's license/state issued identification number, health insurance information, medical information, financial account information, passport number, taxpayer ID number, payment card information, and/or Social Security number. Cove Risk Services is providing this notification on behalf of its data owner clients.

In response to this incident, Cove Risk Services took steps to secure their environment, conducted an investigation, and notified law enforcement. Additionally, Cove Risk Services began providing notice to the potentially impacted individuals on December 12, 2025, via U.S. mail. A copy of the notice is attached as **Exhibit A**. In an abundance of caution, Cove Risk Services is offering the potentially impacted individuals complimentary credit monitoring and identity protection services.

Very truly yours,
CIPRIANI & WERNER, P.C.

By: _____
Jason M. Goodwin, Esq.

# Exhibit A

Cove Risk Services
c/o Cyberscout
P.O. Box 3826
Suwanee, GA  30024



<<First Name>> <<Last Name>>
<<Address 1>> <<Address 2>>
<<City>><<State>><<Zipcode>>

December 12, 2025

Dear <<Full Name>>,

We write to notify you of a recent incident experienced by Cove Risk Services, LLC that may have involved some of your information as described below. Cove Risk Services provides certain workers compensation related services to various organizations and was in possession of this information in the normal course of business relating to these services. We take the privacy of information in our care seriously, and while we have no evidence to suggest that any information has been, or will be, misused, we are providing you information about the incident, our response, and steps you can take to protect your information should you feel it is necessary to do so.

**What Happened:** We recently experienced a network disruption that affected our ability to access certain systems. In response, we promptly initiated an investigation, engaging third-party specialists to assist with understanding the nature and scope of the disruption. As part of our investigation, we learned that certain information within our systems was subject to unauthorized access or acquisition on or around May 3, 2025. Upon discovery, we worked to identify the data potentially at risk and began a thorough review to determine the types of information that may have been impacted and to whom it relates. On or around November 10, 2025, this process was completed, and we worked to review the findings and confirm up-to-date contact information to provide you with notification as soon as possible.

**What Information Was Involved:** The types of information contained within the potentially affected data may have included your first and last name, in combination with the following data elements: <<Data Elements>>.

**What We Are Doing:** We have taken the steps necessary to address the incident and are committed to fully protecting the information that you have entrusted to us. Upon learning of this incident, we took steps to contain the incident and to further enhance the security of our network to prevent similar incidents from occurring in the future. As an additional safeguard, we have arranged for you to enroll, at no cost to you, in an online Single Bureau Credit Monitoring and identity protection services for a period of 12 months.

**What You Can Do:** In addition to enrolling in the complimentary credit monitoring service detailed within, we recommend that you remain vigilant against incidents of identity theft and fraud by reviewing your credit reports and account statements for suspicious activity and to detect errors. If you discover any suspicious or unusual activity on your accounts, please promptly contact the financial institution or company. We have provided additional information below, which contains more information about steps you can take to help protect yourself against fraud and identity theft.

**For More Information:** Should you have any questions or concerns, please contact our dedicated assistance line at <<Telephone Number>>, Monday through Friday 8 am - 8 pm Eastern Time.

Sincerely,

Cove Risk Services, LLC

## Recommended Steps to Help Protect Your Information

To enroll in Credit Monitoring services at no charge, please log on to **https://bfs.cyberscout.com/activate** and follow the instructions provided. When prompted please provide the following unique code to receive services: **<<Enrollment Code>>**. These services provide you with alerts for twelve (12) months from the date of enrollment when changes occur to your credit file. This notification is sent to you the same day that the change or update takes place with the bureau. Finally, we are providing you with proactive fraud assistance to help with any questions that you might have or in event that you become a victim of fraud. These services will be provided by Cyberscout, a TransUnion company specializing in fraud assistance and remediation services.

In order for you to receive the monitoring services described above, you must enroll within 90 days from the date of this letter. The enrollment requires an internet connection and e-mail account and may not be available to minors under the age of 18 years of age. Please note that when signing up for monitoring services, you may be asked to verify personal information for your own protection to confirm your identity.

**Monitor Your Accounts**

We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your credit reports/account statements for suspicious activity and to detect errors. Under U.S. law, you are entitled to one free credit report annually from each of the three major credit reporting bureaus, TransUnion, Experian, and Equifax. To order your free credit report, visit www.annualcreditreport.com or call 1-877-322-8228. Once you receive your credit report, review it for discrepancies and identify any accounts you did not open or inquiries from creditors that you did not authorize. If you have questions or notice incorrect information, contact the credit reporting bureau.

You have the right to place an initial or extended fraud alert on a credit file at no cost. An initial fraud alert is a one-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert lasting seven years. Should you wish to place a fraud alert, please contact any of the three credit reporting bureaus listed below.

As an alternative to a fraud alert, you have the right to place a credit freeze on a credit report, which will prohibit a credit bureau from releasing information in the credit report without your express authorization. The credit freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a credit freeze may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. Pursuant to federal law, you cannot be charged to place or lift a credit freeze on your credit report. To request a credit freeze, you will need to provide the following information:
1. Full name (including middle initial as well as Jr., Sr., III, etc.);
2. Social Security number;
3. Date of birth;
4. Address for the prior two to five years;
5. Proof of current address, such as a current utility or telephone bill;
6. A legible photocopy of a government-issued identification card (e.g., state driver's license or identification card); and
7. A copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft, if you are a victim of identity theft.

Should you wish to place a fraud alert or credit freeze, please contact the three major credit reporting bureaus listed below:

| TransUnion | Experian | Equifax |
|---|---|---|
| 1-800-680-7289 | 1-888-397-3742 | 1-888-298-0045 |
| www.transunion.com | www.experian.com | www.equifax.com |
| **TransUnion Fraud Alert** | **Experian Fraud Alert** | **Equifax Fraud Alert** |
| P.O. Box 2000 | P.O. Box 9554 | P.O. Box 105069 |
| Chester, PA 19016-2000 | Allen, TX 75013 | Atlanta, GA 30348-5069 |
| **TransUnion Credit Freeze** | **Experian Credit Freeze** | **Equifax Credit Freeze** |
| P.O. Box 160 | P.O. Box 9554 | P.O. Box 105788 |
| Woodlyn, PA 19094 | Allen, TX 75013 | Atlanta, GA 30348-5788 |

**Additional Information**

You can further educate yourself regarding identity theft, fraud alerts, credit freezes, and the steps you can take to protect your personal information by contacting the credit reporting bureaus, the Federal Trade Commission (FTC), or your state Attorney General. The FTC also encourages those who discover that their information has been misused to file a complaint with them. The FTC may be reached at 600 Pennsylvania Ave. NW, Washington, D.C. 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261.

You have the right to file/obtain a police report if you ever experience identity theft or fraud. Please note that in order to file a report with law enforcement for identity theft, you will likely need to provide some proof that you have been a victim. Instances of known or suspected identity theft should also be reported to law enforcement, your state Attorney General, and the FTC.

*For Maryland residents*, the Maryland Attorney General may be contacted at 200 St. Paul Place, 16th Floor, Baltimore, MD 21202; 1-888-743-0023; and https://www.marylandattorneygeneral.gov. Cove Risk Services, LLC may be contacted by mail at P.O. Box 859222-9222, Braintree, MA 02185..

*For New Mexico residents*, you have rights pursuant to the Fair Credit Reporting Act, such as the right to be told if information in your credit file has been used against you, the right to know what is in your credit file, the right to ask for your credit score, and the right to dispute incomplete or inaccurate information. Further, pursuant to the Fair Credit Reporting Act: (i) the consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information; (ii) the consumer reporting agencies may not report outdated negative information; (iii) access to your file is limited; (iv) you must give consent for credit reports to be provided to employers; (v) you may limit "prescreened" offers of credit and insurance you get based on information in your credit report; (vi) and you may seek damages from violators. You may have additional rights under the Fair Credit Reporting Act not summarized here. Identity theft victims and active-duty military personnel have specific additional rights pursuant to the Fair Credit Reporting Act. We encourage you to review your rights pursuant to the Fair Credit Reporting Act by visiting https://files.consumerfinance.gov/f/201504_cfpb_summary_your-rights-under-fcra.pdf, or by writing Consumer Response Center, Room 130-A, FTC, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.

*For New York residents*, the New York Attorney General may be contacted at Office of the Attorney General, The Capitol, Albany, NY 12224-0341; 1-800-771-7755; or https://ag.ny.gov.

*For North Carolina residents*, the North Carolina Attorney General may be contacted at 9001 Mail Service Center, Raleigh, NC 27699-9001; 1-877-566-7226 or 1-919-716-6000; and www.ncdoj.gov.

*For Rhode Island residents*, the Rhode Island Attorney General may be contacted at 150 South Main Street, Providence, RI 02903; 1-401-274-4400; and www.riag.ri.gov. Under Rhode Island law, you have the right to obtain any police report filed in regard to this incident. There are [#] Rhode Island residents impacted by this incident.

*For Washington, D.C. residents*, the District of Columbia Attorney General may be contacted at 400 6th Street NW, Washington, D.C. 20001; 202-442-9828, and https://oag.dc.gov/consumer-protection. Cove Risk Services, LLC Cove Risk Services, LLC may be contacted by mail at P.O. Box 859222-9222, Braintree, MA 02185.