UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS ORTIZ FIGUEROA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COVE RISK SERVICES, LLC,<br><br>Defendant. | Case No. 1:25-cv-14013 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Luis Ortiz Figueroa hereby give notice that his claims in this action against Defendant Cove Risk Services, LLC are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.


Dated: January 2, 2026     By: */s/ Anthony I. Paronich*
                                                  Anthony I. Paronich
                                                  PARONICH LAW, P.C.
                                                  350 Lincoln Street, Suite 2400
                                                  Hingham, MA 02043
                                                  Tel: (617) 485-0018
                                                  anthony@paronichlaw.com

                                                  *Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Anthony I. Paronich, hereby certify that on January 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

Dated: January 2, 2026    By: */s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com